IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **BEARNICE N JENKINS** | : | |
| aka Bernice Nadine Jenkins; aka Bernice | : | CASE NO. 1:13-bk-00024 |
| N. Furry | : | |
| | : | |
| | : | |
| **Debtor** | | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Bearnice N Jenkins, by and through the Dorothy L.Mott Law Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on January 3, 2013
2. The Debtor has completed all payments due under the plan and wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/Dorothy L Mott
_____

Dorothy L. Mott, Esquire, Atty ID 43568
Kara K. Gendron, Esquire, Atty ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BEARNICE N JENKINS | : | |
| aka Bernice Nadine Jenkins; aka Bernice N. Furry | : | CASE NO. 1:13-bk-00024 |
| | : | |
| | : | |
| Debtor | | |

**ORDER**

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BEARNICE N JENKINS | : | |
| aka Bernice Nadine Jenkins; aka Bernice N. Furry | : | CASE NO. 1:13-bk-00024 |
| | : | |
| | : | |
| **Debtor** | | |

## CERTIFICATE OF SERVICE

I certify that on February 19, 2018 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| FRANKLIN COUNTY<br>HUMAN RESOURCES DEPT<br>ATTN: PAYROLL DIVISION<br>425 FRANKLIN FARM LANE<br>CHAMBERSBURG, PA 17202 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

/s/Edith Warfel, Secretary
_____
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel: (717)232-6650
Fax: (717) 232-0477